## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHERYL NEELY AND EDWARD NEELY** | * | **CIVIL ACTION NO. 09-6790** |
| **Plaintiff** | * | **SECTION: "K"** |
| **VERSUS** | * | **MAGISTRATE "2"** |
| **SOUTHERN FIDELITY INSURANCE COMPANY** | * | **JUDGE S. R. DUVAL** |
| | * | **MAGISTRATE J. WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Remand:

**IT IS HEREBY ORDERED** that the Joint Motion to Remand be **GRANTED** with each party bearing its own court costs, expenses and attorney's fees based upon the parties' understanding of the value of plaintiffs' claims, and plaintiffs' Stipulation and Renunciation of Right to Enforce Judgment, attached as Exhibit A to the parties' Joint Motion to Remand.

New Orleans, Louisiana, this __16th__ day of _____November_____, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge